**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**PROPAK LOGISTICS, INC.**                                              **PLAINTIFF**

**v.**                              **CASE No. 04-2178**

**FOUNDATION INSURANCE COMPANY and**
**GUARANTEE INSURANCE COMPANY**                                       **DEFENDANTS**

### J U D G M E N T

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Defendant Foundation's Motion for Summary Judgment (Doc. 120) is GRANTED, and Plaintiff's Complaint (Doc. 1) is DISMISSED WITH PREJUDICE as to Defendant Foundation. **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 8th day of August, 2007.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**